IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>MARK A. FLORES,<br><br>        Defendant. | No. CR 09-00326-JW<br><br>[~~PROPOSED~~] ORDER CONTINUING DEFENDANT MARK A. FLORES' SENTENCING HEARING DATE TO OCTOBER 19, 2009 |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from August 31, 2009, to October 19, 2009, at 1:30 p.m.

Dated: August  20 , 2009

_____
HONORABLE JAMES WARE,
United States District Judge

Order Continuing Sentencing Hearing
No. CR 09-00326-JW                                               1